UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-810(DSD/SRN)

Muhammad Akbar,

       Petitioner,

v.                         **ORDER**

M.R. Babcock, Warden, et al.
(BOP), and U.S. Government,

       Respondents.

This matter is before the court upon petitioner's pro se objections to the report and recommendation of Magistrate Judge Susan Richard Nelson dated July 29, 2009. In her report, the magistrate judge recommends that petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 be denied on the merits and because petitioner has not exhausted his administrative remedies.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2(b). After a de novo review, the court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's motion. Therefore, the court adopts the report and recommendation [Doc. No. 13] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Doc. No. 1] be dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:   September 21, 2009

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court